**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| CHRIMAR SYSTEMS, INC., *et al.*, | |
| Plaintiffs, | 6:15–CV–164–JDL |
| v. | PATENT CASE |
| AMX LLC, | |
| Defendant. | |

## JOINT MOTION TO DISMISS

Plaintiffs Chrimar Systems Inc. d/b/a CMS Technologies ("Chrimar") and Chrimar Holding Company, LLC ("Holding") and Defendant AMX LLC ("AMX") have resolved their disputes and hereby jointly move to dismiss all claims and counterclaims against each other with prejudice, with each party to bear its own fees, costs, and expenses.

Respectfully submitted,                          Respectfully submitted,

 /s/ Justin S. Cohen                               /s/ Brent A. Hawkins
Justin S. Cohen                                  Brent A. Hawkins
  Texas State Bar No. 24078356                   bhawkins@mwe.com
  Justin.Cohen@tklaw.com                         David H. Bluestone
Richard L. Wynne, Jr.                            dbluestone@mwe.com
  Texas State Bar No. 24003214                   Hersh H. Mehta
  Richard.Wynne@tklaw.com                        hmehta@mwe.com
                                                 MCDERMOTT WILL & EMERY LLP
THOMPSON & KNIGHT LLP                            227 West Monroe Street
One Arts Plaza                                   Chicago, IL 60606
1722 Routh Street, Suite 1500                    Tel: 312-372-2000
Dallas, Texas 75201                              Fax: 312-984-7700
214.969.1700
214.969.1751 (Fax)                               Michael E. Jones
                                                 State Bar No. 10929400
ATTORNEYS FOR PLAINTIFFS                         mikejones@potterminton.com
CHRIMAR SYSTEMS, INC. D/B/A CMS                  POTTER MINTON, P.C.
TECHNOLOGIES AND CHRIMAR                         110 North College, Suite 500
HOLDING COMPANY, LLC                             Tyler, Texas 75702
                                                 Tel: 903-597-8311
                                                 Fax: 903-593-0846

                                                 Attorneys for AMX LLC

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on November 9, 2016, in compliance with Local Rule CV-5(a) and therefore has been served on all counsel who have consented to electronic service.

 /s/ Justin S. Cohen
Justin S. Cohen