IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| CHRIMAR SYSTEMS, INC., *et al.*,<br><br>                    Plaintiffs,<br>v.<br><br>AMX LLC,<br><br>                    Defendant. | 6:15–CV–164–JDL<br><br>PATENT CASE |

### ORDER GRANTING JOINT MOTION TO DISMISS

Having considered the Joint Motion to Dismiss filed by Plaintiffs Chrimar Systems Inc. d/b/a CMS Technologies ("Chrimar") and Chrimar Holding Company, LLC ("Holding") and Defendant AMX LLC ("AMX"), the Court is of the opinion the Motion should be GRANTED.

It is therefore ORDERED that all claims and counterclaims asserted between Plaintiffs and AMX are dismissed with prejudice, with all attorneys' fees, expenses, and costs to be borne by the party that incurred them.

**So ORDERED and SIGNED this 5th day of December, 2016.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE