**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **CHRIMAR SYSTEMS, INC., ET AL.** | § | |
| | § | |
| **v.** | § | **CASE NO. 6:15cv164-JDL** |
| | § | |
| **AMX, LLC** | § | |

## FINAL JUDGMENT

Pursuant to the Joint Motion to Dismiss, the Court hereby enters Final Judgment.  Plaintiff Chrimar Systems, Inc. d/b/a CMS Technologies and Chrimar Holding, LLC, filed suit against Defendant AMX, LLC on March 6, 2015.

**IT IS HEREBY ORDERED** that the above-entitled and numbered cause of action is **DISMISSED WITH PREJUDICE**.  All costs are to be borne by the party that incurred them.

All motions by either party not previously ruled on are hereby **DENIED**.

The Clerk of the Court is directed to close this case.

**So ORDERED and SIGNED this 5th day of December, 2016.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE